December 22, 2006

Mr. Craig A. Morgan
Attorney at Law
718 Sunfish
Austin, TX 78734

Ms. Deborah J. Bullion
Gascoyne & Bullion, P.C.
77 Sugar Creek Center Blvd., Suite 280
Sugarland, TX 77478
Mr. David T. Bright
Watts Law Firm, L.L.P.
555 North Carancahua, Suite 1400
Corpus Christi, TX 78748-0801

Honorable Robert Vargas
County Court at Law No. 1
901 Leopard, Suite 701
Corpus Christi, TX 78401

RE: Case Number: 05-0696
 Court of Appeals Number: 13-05-00521-CV
 Trial Court Number: 04-61218-1

Style: IN RE FORD MOTOR COMPANY

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion to Intervene and
delivered the enclosed per curiam opinion in the above-referenced cause.
The stay orders issued on August 30, 2005 and September 14, 2005 are both
lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Van Huseman |
| |Mr. Ernest M. |
| |Briones |
| |Ms. Cathy Wilborn |